UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
   RENE ALVARADO  
   NORA ALVARADO  

CASE NO. 07 B 17499

CHAPTER 13

JUDGE: BRUCE W BLACK

    Debtor  
SSN XXX-XX-4616    SSN XXX-XX-4902

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/25/07 and confirmed on 12/05/07.

2. The case was dismissed after confirmation, 03/28/2008.

3. The Debtor paid a total of $ 1251.98 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MT BANK | CURRENT MORTG | .00 | .00 | .00 |
| MT BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | 5000.00 | 31.31 | 522.83 |
| WILL COUNTY TREASURER | NOTICE ONLY | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CBUSA SEARS | UNSECURED | NOT FILED | .00 | .00 |
| COLLECT AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| NEW YORK & CO | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5000.00 | .00 | .00 | .00 | 5000.00 |
| PRINCIPAL PAID | 522.83 | .00 | .00 | .00 | 522.83 |
| INTEREST PAID | 31.31 | .00 | .00 | .00 | 31.31 |
| TOTAL PAID | 554.14 | .00 | .00 | .00 | 554.14 |

The Debtor's attorney, DAVID M SIEGEL    , was allowed $ 3000.00 and was paid $ 376.00 direct and $ 641.50 through the plan.

The Trustee received $ 56.34 .

Refunds to the Debtor totaled $ .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 06/24/08                  /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 17499 RENE ALVARADO & NORA ALVARADO